# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

RICARDO DE LEON TREJO, )
)
      *Petitioner*, )      Case No. 3:26-cv-47
)
v. )      Judge Atchley
)
CHRISTOPHER S. BULLOCK[1] and TOM )      Magistrate Judge Poplin
SPANGLER, )
)
)
      *Respondents*. )

## JUDGMENT ORDER

In the Memorandum Opinion and Order entered herewith, the Court granted Petitioner's

federal habeas petition [Doc. 1] in part. There are no other issues to resolve. Accordingly, the Clerk

is **DIRECTED** to close this case.

      **SO ORDERED.**

                         */s/ Charles E. Atchley, Jr.*
                         **CHARLES E. ATCHLEY, JR.**
                         **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT

---

[1] Because Christopher S. Bullock was recently named as Field Office Director of the New Orleans Field Office for United States Immigration and Customs Enforcement, he is automatically substituted for named Respondent Scott Ladwig. *See* FED. R. CIV. P. 25(d).