UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RICARDO DE LEON TREJO, ) | |
| ) | |
| *Petitioner*, ) | Case No. 3:26-cv-47 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| CHRISTOPHER S. BULLOCK and TOM ) | Magistrate Judge Poplin |
| SPANGLER, ) | |
| ) | |
| *Respondents*. ) | |

## ORDER

Before the Court is Petitioner's emergency motion to enforce this Court's February 13, 2026, Order requiring that Petitioner receive a bond hearing "consistent with [8 U.S.C.] § 1226(a)" within ten days. [Doc. 33 (referencing Doc. 30)]. The Government opposes the motion [Doc. 34]. To assist the Court in resolving this matter, the Parties are **ORDERED** to file the transcript and evidence[1] from Petitioner's February 20, 2026, bond hearing within **three (3) days** of entry of this Order.

**SO ORDERED.**

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Petitioner need not resubmit any bond-hearing evidence that he has already filed in support of his motion [*See, e.g.*, Doc. 33-1].