**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| RICARDO DE LEON TREJO, | ) | |
| | ) | |
| *Petitioner*, | ) | Case No. 3:26-cv-47 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| CHRISTOPHER S. BULLOCK, *et al.*, | ) | Magistrate Judge Poplin |
| | ) | |
| | ) | |
| *Respondents*. | ) | |

## ORDER

On July 14, 2026, Petitioner Ricardo De Leon Trejo filed a second Emergency Motion to Enforce Judgment [Doc. 43] seeking his immediate release. To facilitate the prompt resolution of the Motion, the Government is hereby **ORDERED** to file its response **on or before July 22, 2026**. *See* E.D. Tenn. L.R. 7.1(a) (authorizing the Court to set aside the standard briefing schedule). This response **SHALL** address, in addition to any other arguments the Government may raise, whether the Court retains jurisdiction over this matter given its procedural posture. Should Petitioner elect to file a reply, he must do so **on or before July 27, 2026**.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**